

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00234-CV

LANCE HOWERTON, Appellant

v.

AMERICAN PRECISION AMMUNITION,
LLC, A/K/A PRECISION AMMUNITION
AND MATTHEW CAMPBELL, Appellees

§ On Appeal from the 415th District
Court

§ of Parker County (CV-21-0594)

§ April 13, 2023

§ Memorandum Opinion by Justice
Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the order of the trial court is reversed. We render judgment dismissing the fraud and DTPA claims against Lance Howerton and dismissing the defamation claims based on his actions as a city employee and remand the case to the trial court.

It is further ordered that Appellees American Precision Ammunition, LLC, a/k/a Precision Ammunition and Matthew Campbell shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell